UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES DESTILUS, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:23-0527 |
| v. | : | (JUDGE MANNION) |
| | : | |
| WARDEN BARRAZA, | : | |
| Respondent | : | |
| | : | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: May 16, 2023**
23-0527-01-ORDER